■ Marbru Associates et al., Appellants, v William J. White et al., Respondents. [38 NYS3d 897]—

Order and judgment (one paper), Supreme Court, New York County (Manuel J. Mendez, J.), entered May 27, 2015, which granted defendants' motion to vacate their default and the ensuing judgment awarding plaintiffs arrears of use and occupancy and possession, unanimously affirmed, without costs.

The motion court providently exercised its discretion in granting vacatur in the interests of substantial justice (*see Woodson v Mendon Leasing Corp.*, 100 NY2d 62, 68 [2003]), even though defendants' default was unexplained (*see New*

*Media Holding Co. LLC v Kagalovsky*, 97 AD3d 463, 465 [1st Dept 2012]). The relief was justified by defendants' payment of substantially all of the amount due just two months after the order and judgment they sought to vacate; plaintiffs do not claim prejudice (*see Gluck v McDonough*, 139 AD3d 628 [1st Dept 2016]). Concur—Mazzarelli, J.P., Acosta, Richter, Kapnick and Gesmer, JJ.